**00–1810. Federated Mgt. Co. v. Latham & Watkins.**
Franklin App. No. 99AP–1322. On October 10, 2000, appellants filed this appeal from the judgment entered by the Court of Appeals for Franklin County in case No. 99AP–1322. Appellants' notice of appeal states that the judgment was entered in the case on August 23, 2000. It appearing to the court that the judgment was entered, as defined in S.Ct.Prac.R. II(2)(A)(1)(a), on August 22, 2000, the last day for filing a timely appeal of the judgment was October 6, 2000.

Whereas S.Ct.Prac.R. II(2)(A)(1)(b) prescribes that appellants' failure to file within the requisite time period divests the Supreme Court of jurisdiction to hear the appeal,

IT IS ORDERED by the court, *sua sponte,* that this case be, and hereby is, dismissed.

*Wednesday, October 18, 2000*

## MERIT DOCKET

**00–1424. State ex rel. Harman v. Cacioppo.**
In Mandamus. On motion to dismiss and/or motion for summary judgment. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1473. State ex rel. Gunnell v. Bowman.**
In Mandamus. On complaint in mandamus by Kevin Brian Gunnell. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1516. State ex rel. Hayes v. 911 Coordinator Claypool.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1638. Thompson v. Wilkinson.**
In Habeas Corpus. On petition for writ of habeas corpus by Roger D. Thompson. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1639. Chatfield v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus by James Chatfield. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.